**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                June 19. 2013
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 13-cv-00528-RPM

SONJA L. MARCUM,                                      Jeffrey A. Massey

     Plaintiff,

v.

ENCOMPASS INSURANCE COMPANY OF AMERICA,               Terence M. Ridley

     Defendant.
_____

### COURTROOM MINUTES
_____

**Motion to Dismiss**

**2:00 p.m.        Court in session.**

Mr. Ridley answers questions asked by the Court.
Mr. Ridley states the defendant's name is Encompass Indemnity Company.

Court's preliminary remarks and states its summary of the case facts.

Argument by Mr. Massey.

Mr. Ridley answers further questions asked by the Court.
Statements by Mr. Massey.

**ORDERED:    Defendant's Motion to Dismiss [7], is granted with leave to amend the complaint by July 9, 2013.**

**2:15 p.m.        Court in recess.**

Hearing concluded.  Total time: 15 min.