IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00528-RPM

SONJA L. MARCUM,

     Plaintiff,

v.

ENCOMPASS INSURANCE COMPANY OF AMERICA,

     Defendant.
_____

### ORDER OF DISMISSAL WITH LEAVE TO AMEND
_____

     Pursuant to the hearing held today on the defendant's motion to dismiss, filed as Encompass Indemnity Company, it is

     ORDERED that the defendant's motion to dismiss is granted and the plaintiff shall have to and including July 9, 2013, within which to file an amended complaint.

     DATED: June 19, 2013

                             BY THE COURT:

                             s/Richard P. Matsch

                             _____
                             Richard P. Matsch, Senior District Judge